# Order

Michigan Supreme Court
Lansing, Michigan

February 4, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146962(65)

FORD MOTOR COMPANY,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.
_____/

SC: 146962
COA: 306820
Court of Claims: 06-000182-MT

On order of the Chief Justice, the motion of the Michigan Manufacturers Association for leave to file an amicus curiae brief is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2014



Clerk